UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
K.A. et al.,
                                     Plaintiffs,

                 -against-                          24 Civ. 4515 (LGS)

NEW YORK CITY DEPARTMENT OF        ORDER
EDUCATION et al.,
                                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties filed status letters on July 3, August 23 and October 4, 2024, requesting extensions of Defendants' deadline to answer or otherwise respond to the Complaint and stating that the parties were engaged in settlement discussions. The extension requests were granted.

      WHEREAS, on November 6, 2024, Defendants timely filed their answer to the Complaint. It is hereby

      **ORDERED** that, by **December 6, 2024**, the parties shall file a joint letter on the status of settlement discussions. If the parties are not nearing settlement, the Court will enter a briefing schedule regarding Plaintiff's application for attorney's fees.

Dated: December 2, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE